# THE HOFFINGER FIRM, PLLC

150 EAST 58TH STREET, 16TH FLOOR
NEW YORK, NEW YORK 10155

TELEPHONE: (212) 421-4000
FACSIMILE: (212) 223-3857

JACK S. HOFFINGER
FRAN HOFFINGER
SUSAN HOFFINGER

MARK W. GEISLER
Of Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/19

**RECEIVED** Y 02 2019 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

May 2, 2019

**MEMO ENDORSED**

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

Re: United States v. Freedman, et al. 18 Cr. 217 (KMW)

Dear Judge Wood:

We represent defendant Dialecti Voudouris in the above case. As part of the bail conditions in this case, Dr. Voudouris' travel is restricted to the Southern and Eastern Districts of New York. I write to request a modification of those conditions to permit Dr. Voudouris to travel to the District of New Jersey on June 9, 2019, to attend the bridal shower of a cousin, and on July 14-15, 2019, to attend the wedding and reception of the same cousin.

*Granted. KMW*

Dr. Voudouris' Pretrial Services Officer (Andrew Kessler-Cleary) and AUSA David Abramowicz have no objection to this request.

Thank you for Your Honor's consideration.

Respectfully,

Susan Hoffinger

5-3-19
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

cc: Pretrial Services Officer Andrew Kessler-Cleary (via email)