USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

DIALECTI VOUDOURIS,

               Defendant.
-------------------------------------------------------------------x

**ORDER**
18 CR 217 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Thursday, February 27, 2020, is adjourned to Thursday, March 5, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       January 23, 2020

                                          KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE