**THE HOFFINGER FIRM, PLLC**
150 EAST 58TH STREET, 16TH FLOOR
NEW YORK, NEW YORK 10155

TELEPHONE: (212) 421-4000
FACSIMILE: (212) 223-3857

FRAN HOFFINGER
SUSAN HOFFINGER

MARK W. GEISLER
OF COUNSEL

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/15/21 |

November 10, 2021

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Dialecti Voudouris 18 Cr. 217 (KMW)

Dear Judge Wood:

Our client defendant Dialecti Voudouris has fulfilled all conditions and completed her term of supervised release, effective March 1, 2021 (please see attached letter of completion of supervision term). As part of her original bail conditions in this case, Voudouris surrendered her U.S. passport to the Pretrial Services Office of the Southern District of New York, which maintains custody of that passport.

Respectfully, I write to request that the Court order Pretrial Services to return the passport to Dialecti Voudouris. ] KMW Granted

I have spoken with AUSA David Abramowicz who consents to this request.

Thank you for Your Honor's consideration.

Respectfully,

Susan Hoffinger

cc: David Abramowicz, Esq. (via email and ECF)
Pretrial Services Officer Kathia Bermudez (via email)

SO ORDERED: N.Y., N.Y. 11/15/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.



March 2, 2021

Dialecti Voudouris

Long Island City, New York  11109

## COMPLETION OF SUPERVISION TERM

| | |
|---|---|
| DOCKET# | 0208 1:18CR00217 |
| NAME: | **DIALECTI VOUDOURIS** |
| PACTS ID: | 6438942 |
| DATE OF BIRTH: | |

Dear Dialecti Voudouris,

The purpose of this letter is to confirm that you have commenced a term of supervised release on <u>March 2, 2020</u>, which was completed effective <u>March 1, 2021</u>. You are hereby discharged from the supervision of this office.

If you have any questions or require further information, please contact the undersigned officer at 631-712-6321.

Very truly yours,



Vincent Danielo
U.S. Probation Officer

ROBERT L. CAPERS
Chief U.S. Probation Officer

VITA QUARTARA
Deputy Chief U.S. Probation Officer

RICHARD L. JAMES
MARK GJELAJ
Assistant Deputy Chief U.S. Probation Officers

REPLY TO:

☐ BROOKLYN   147 Pierrepont Street, Brooklyn, NY 11201-2712
             Tel. No. (347) 534-3400
             Fax No. (347) 534-3509

☐ LONG ISLAND   Alfonse M. D'Amato United States Courthouse
                202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
                Tel No. (631) 712-6300
                Fax No. (631) 712-6395